# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Eli Merced

                       Plaintiff,

v.                                             Case No.: 1:14−cv−05991
                                                         Honorable Michael T. Mason

West Asset Management, Inc.

                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 29, 2015:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held on 4/29/15 and, upon further consideration, continued to 5/27/15 at 9:00 a.m. Pro se plaintiff Eli Merced fails to appear for the second time. Merced is directed to appear personally or through newly obtained counsel on 5/27/15. Merced is reminded for the final time that failure to appear will result in dismissal for want of prosecution. The Clerk's Office is directed to mail a copy of this order via certified mail to Eli Merced, 6004 S. Archer Road, Apt GE, Summit, IL 60501. Defense counsel shall also mail a copy of this order to Eli Merced via regular mail and via e−mail. (rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.