## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Eli Merced

                        Plaintiff,

v.                                                 Case No.: 1:14–cv–05991
                                                 Honorable Michael T. Mason

West Asset Management, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2015:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held on 6/17/15. Plaintiff again fails to appear, despite having been advised a number of times that failure to appear would result in dismissal for want of prosecution. Defendant39;s previously presented oral motion to dismiss this case for want of prosecution is granted. This matter is dismissed pursuant to Fed. R. Civ. P. 41(b). Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.